## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | |
|---|---|
| JOHN BROCK, PRO SE, | : No. 91 EM 2019 |
| Petitioner | : |
| v. | : |
| ROBERT GILMORE, ET AL., | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus ad Subjiciendum is DENIED.